■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE WILSON, Appellant. [709 NYS2d 415] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (LaTorella, J.), rendered November 15, 1995, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the complainant's identification of him as a participant in the robbery is unpreserved for appellate review (*see,* CPL 470.05 [2]). Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's contention that he was denied the effective assistance of counsel is without merit (*see, People v Benevento,* 91 NY2d 708). Ritter, J. P., Thompson, S. Miller and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT C. GOTTLIEB, on Behalf of JESSIE HART, Petitioner, v DISTRICT ATTORNEY, SUFFOLK COUNTY, Respondent. [709 NYS2d 409] —Writ of habeas corpus in the nature of an application for bail reduction upon Suffolk County Indictment No. 989-2000.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the County Court, Suffolk County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). O'Brien, J. P., Sullivan, Altman and H. Miller, JJ., concur.